[No. 10707–1–I. Division One. July 5, 1983.]

WILLIAM ROBERT PICKLES, ET AL, *Appellants*, v.
ROBERT WHITE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 81–2–02621–4, Frank L. Sullivan, J., entered
June 3, 1981. *Reversed* and *remanded* by unpublished
opinion per Durham, A.C.J., concurred in by Swanson and
Scholfield, JJ.

[No. 11721–1–I. Division One. July 5, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERMAN
WILLIAMS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–02767–5, Jim Bates, J., entered April 12,
1982. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Andersen, C.J., and Scholfield, J.

[No. 11469–7–I. Division One. July 5, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
C. CARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80–1–00671–6, Daniel T. Kershner, J.,
entered March 12, 1982. *Affirmed* by unpublished opinion
per Durham, A.C.J., concurred in by Swanson and Corbett,
JJ.

[No. 5393–4–II. Division Two. July 5, 1983.]

GLYNN T. PRICE, ET AL, *Appellants*, v. THE
DEPARTMENT OF GAME, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 79–2–00187–0, Carol A. Fuller, J., entered
February 10, 1981. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.